No. 09-1441. Sanford I. Atkin, Petitioner v. United States.

561 U.S. 1028, 130 S. Ct. 3527, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5513.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8755. Dennis Hood, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

561 U.S. 1028, 130 S. Ct. 3500, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5488, ■

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-9118. V. M., Petitioner v. New Jersey Division of Youth and Family Services.

No. 09-9144. B. G., Petitioner v. New Jersey Division of Youth and Family Services.

561 U.S. 1028, 130 S. Ct. 3502, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5385.

June 28, 2010. Petitions for writs of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

Same cases below, 408 N.J. Super. 222, 974 A.2d 448.

No. 09-9476. Boris George Graham, Petitioner v. California.

561 U.S. 1028, 130 S. Ct. 3503, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5394.

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 09-9701. Jerry Mahaffey, Petitioner v. Anthony Ramos, Warden.

561 U.S. 1028, 130 S. Ct. 3503, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5469.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 588 F.3d 1142.

No. 09-9711. Thomas Clinton, Petitioner v. Gregory Brenner.

561 U.S. 1028, 130 S. Ct. 3504, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5522, ■

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 09-9834. Miguel Herrera-Castillo, Petitioner v. Eric H. Holder, Jr., Attorney General.

561 U.S. 1028, 130 S. Ct. 3505, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5470.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 573 F.3d 1004.

No. 09-9838. Carman Deck, Petitioner v. Missouri.

561 U.S. 1028, 130 S. Ct. 3505, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5494.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.